IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 7 |
|---|---|---|
| | : | |
| Lawrence J. Laboon | : | Case No. 16-12221-sr |
| Debtor. | : | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Bryn Mawr Trust Company ("Bryn Mawr"), an interested party in the above-captioned case and hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the U.S. Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

**Anthony L. Lamm, Esquire
Flamm Walton Heimbach & Lamm PC
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422
Telephone No.: (267) 419-1500
Facsimile No.: (267) 419-1560
Email: allamm@flammlaw.com**

PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b) of the U.S. Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in any way any rights or interest of any creditor or any

509049.1

party-in-interest in this case, including Bryn Mawr, with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by Bryn Mawr.

PLEASE TAKE FURTHER NOTICE that Bryn Mawr, intends that neither this Entry of Appearance nor any later appearance, claim, or other pleadings shall waive (1) Bryn Mawr's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) Bryn Mawr's right to trial by jury in any proceeding related to this case; (3) Bryn Mawr's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defenses, set-offs or recruitments to which Bryn Mawr, is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments Bryn Mawr, hereby expressly reserves.

                **FLAMM WALTON**
                **HEIMBACH & LAMM PC**

By:   s/Anthony L. Lamm
       **Anthony L. Lamm, Esquire**
       **Flamm Walton Heimbach & Lamm PC**
       **794 Penllyn Pike, Suite 100**
       **Blue Bell, PA 19422**
       **Telephone No.: (267) 419-1500**
       **Facsimile No.: (267) 419-1560**
       **Email: allamm@flammlaw.com**
       *Attorneys for Bryn Mawr Trust Company*